Nicole M. Jaffee, Bar No. 255944
Traci L. Carrillo, Bar No. 211596
Nick M. Rineberg, Bar No. 360878
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242
jaffee@perrylaw.net
carrillo@perrylaw.net
rineberg@perrylaw.net

Attorneys for Plaintiffs
JENNIFER BUCKLEY-SIMI
through her successor in interest
Alexandar Simi;
ALEXANDAR SIMI, individually;
ZACHARY SIMI, individually;
JORDAN SIMI, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BUCKLEY-SIMI through her successor in interest Alexandar Simi; ALEXANDAR SIMI, individually; ZACHARY SIMI, individually; JORDAN SIMI, individually,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; CITY OF SUISUN CITY; CITY OF FAIRFIELD; and COUNTY OF SOLANO,<br><br>   Defendants.<br>             / | Case No.  2:24-CV-01099-WBS-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE TRIAL AND MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed: April 11, 2024<br>Trial Date:  October 10, 2026 |

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

Joint Stipulation and Order to Modify Pretrial Scheduling Order
            1

Case No. 2:24-CV-01099-WBS-CKD

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

## STIPULATION

Plaintiffs JENNIFER BUCKLEY-SIMI through her successor in interest, Alexandar Simi; ALEXANDAR SIMI, individually; ZACHARY SIMI, individually; JORDAN SIMI, individually; Defendants UNION PACIFIC RAILROAD COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; and CITY OF FAIRFIELD, by and through their counsel, hereby stipulate to request that this Court enter an Order extending the deadlines in the current Pretrial Scheduling Order dated October 30, 2024.  [Doc. 24.]  A Proposed Amended Pretrial Scheduling Order is attached.

This is the parties' first request to amend the Pretrial Scheduling Order.  In support of this Stipulation, the parties state that good cause exists to extend the deadlines for the following reasons.

Plaintiffs' lead counsel, David F. Beach, recently retired unexpectedly due to a medical condition, and in January 2026, new counsel (Nicole Jaffee) began working as the new handling attorney on this case for Plaintiffs.  Ms. Jaffee is new to this case and requires additional time to become familiar with the file and to review the facts and legal issues in order to represent her client competently and effectively.  The transition to new counsel has been handled diligently and counsel has acted promptly in seeking this relief.

Despite the diligence of the parties, the Parties also require additional time to complete discovery.  To date, the Parties have served and responded to written interrogatories, requests for production, and requests for admission, and the parties have produced over 4,500 pages of document production.

The parties have also met and conferred to schedule necessary depositions of key witnesses, including the deposition of Plaintiffs and

2

certain Amtrak and City of Fairfield employees, but due to Plaintiffs' prior counsel's unexpected medical retirement, witness unavailability, and unavoidable calendaring conflicts, the parties have been unable to complete necessary depositions despite diligent efforts.  There are also several non-party witnesses to the subject train versus motor vehicle incident that the parties have been working to subpoena, but the parties have encountered difficulties locating these individuals and serving these individuals with deposition subpoenas.   The Parties continue to meet and confer in good faith to complete these needed depositions.  Defendants Amtrak and Union Pacific will file a motion for summary judgment once the key depositions are completed.

The parties are actively engaged in conducting discovery but will be unable to complete discovery before the deadlines currently set by the Court.  Initial disclosures have been exchanged by all parties.  The parties have propounded and responded to multiple sets of written discovery, and continue to meet and confer regarding such.  Plaintiffs contend that the additional discovery identified above is necessary before Plaintiffs can send the Defendants a settlement demand and is imperative to fruitful settlement negotiations.  Further, the parties agree that mediation will be most productive if the depositions above, as well as preliminary settlement discussions, are completed before the mediation.  Accordingly, the parties request extending the remaining deadlines as outlined below:

## **DATES TO BE MODIFIED**

1. Designation of Experts and reports is extended from February 2, 2026, to June 2, 2026.

2. Rebuttal expert disclosure is extended from March 2, 2026, to July 2, 2026.

3. Discovery Cutoff is extended from March 30, 2026, to July 30, 2026.

Joint Stipulation and Order to Modify Pretrial Scheduling Order — Case No. 2:24-CV-01099-WBS-CKD

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

///

4. Dispositive Motions filing deadline is extended from June 15, 2026 to October 16, 2026.

**5.** Final Pretrial Conference set for August 24, 2026 is continued to **December 14, 2026 at 1:30 p.m.**

6. Jury Trial set for October 20, 2026 at 9:00 am is continued to **February 23, 2027 at 9:00 a.m.**

IT IS SO STIPULATED AND AGREED.

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

DATED: January 15. 2026                    By: _____

NICOLE M. JAFEE
TRACI L. CARRILLO
NICKOLAS M. RINEBERG
Attorneys for Plaintiffs
JENNIFER BUCKLEY-SIMI
through her successor in interest
Alexandar Simi; ALEXANDAR
SIMI, individually; ZACHARY SIMI,
individually; JORDAN SIMI,
individually

CASTILLO, MORIARTY &
ROBINSON LLP

DATED:  January 15, 2026

By:  /s/ Vince Castillo
VINCENT CASTILLO
ALEXEI N. OFFILL-KLEIN
Attorneys for Defendants
NATIONAL RAILROAD
PASSENGER CORPORATION dba
AMTRAK and UNION PACIFIC
RAILROAD COMPANY

Joint Stipulation and Order to Modify Pretrial Scheduling Order          Case No. 2:24-CV-01099-WBS-CKD

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

GIBBONS & CONLEY

DATED:  January 15, 2026

By:  /s/ Peter Urhausen
PETER A. URHAUSEN
SEAN CONLEY
Attorneys for Defendant
CITY OF FAIRFIELD

It is so Ordered.

Dated:  January 15, 2026



WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Joint Stipulation and Order to Modify Pretrial Scheduling Order

Case No. 2:24-CV-01099-WBS-CKD