Nicole M. Jaffee, Bar No. 255944
Traci L. Carrillo, Bar No. 211596
Nick M. Rineberg, Bar No. 360878
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242
jaffee@perrylaw.net
carrillo@perrylaw.net
rineberg@perrylaw.net

Attorneys for Plaintiffs
JENNIFER BUCKLEY-SIMI
through her successor in interest
Alexandar Simi;
ALEXANDAR SIMI, individually;
ZACHARY SIMI, individually;
JORDAN SIMI, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BUCKLEY-SIMI through her successor in interest Alexandar Simi; ALEXANDAR SIMI, individually; ZACHARY SIMI, individually; JORDAN SIMI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; CITY OF SUISUN CITY; CITY OF FAIRFIELD; and COUNTY OF SOLANO,<br><br>Defendants.<br>_____/ | Case No.  2:24-CV-01099-WBS-CKD<br><br>**AMENDED JOINT STIPULATION AND ORDER TO CONTINUE THE TRIAL AND MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed: April 11, 2024<br>Trial Date:          February 23, 2027 |

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

1

Amended Joint Stipulation and Order to Continue Trial and
Modify Pretrial Scheduling Order

Case No. 2:24-CV-01099-WBS-
CKD

**<u>STIPULATION</u>**

Plaintiffs JENNIFER BUCKLEY-SIMI through her successor in interest, Alexandar Simi; ALEXANDAR SIMI, individually; ZACHARY SIMI, individually; JORDAN SIMI, individually; Defendants UNION PACIFIC RAILROAD COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; and CITY OF FAIRFIELD, by and through their counsel, hereby stipulate to request that this Court enter an Order extending the fact and expert discovery deadline, the dispositive motion filing deadline, the pretrial conference, and the trial date in the current Joint Stipulation and Order to Continue the Trial and Modify the Pretrial Scheduling Order dated January 15, 2026.   [Doc. 25.]   A Proposed Amended Pretrial Scheduling Order is attached.

This is the parties' second request to amend the Pretrial Scheduling Order.  In support of this Stipulation, the parties believe that good cause exists to extend the deadlines and the trial date for the following reasons.

Plaintiffs' counsel began trial in the matter of *Jane Doe, et al. v. Dominic Foppoli, et al.*, Case No. SCV-270527, pending in Sonoma County Superior Court. That case involves employment claims and has several plaintiffs. Trial in that matter began on June 26, 2026, and is anticipated to continue through late July or early August 2026. As a result of the fact that plaintiffs' counsel is in trial for the next several weeks and due to the plaintiffs' trial counsel's unavailability, the parties require additional time to complete the remaining fact discovery, expert discovery, and mediation in this matter.

The deposition of plaintiff Jordan Simi was completed on July 7, 2026, and the depositions of plaintiffs Alex Simi and Zachary Simi are scheduled for July 8, 2026.  The deposition of the third-party witness Eva Yogovich is scheduled for July 10, 2026. The parties have also completed

2

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

expert disclosures on June 2, 2026, and rebuttal disclosures on July 2, 2026.

Despite the diligence of the parties, the Parties require additional time to complete expert depositions and fact discovery.  The parties have met and conferred to schedule necessary depositions of multiple key witnesses and experts, including the deposition of Plaintiffs and certain Amtrak and City of Fairfield employees, but given plaintiffs' counsel's current trial and the uncertainty of when that trial will conclude, the parties have been unable to complete the remaining fact and expert witness depositions despite diligent efforts.  The Parties continue to meet and confer in good faith to complete these needed depositions.  Defendants Amtrak and Union Pacific will file a motion for summary judgment once the key depositions are completed.

The parties have also agreed to mediate the case with Judge Steven Austin of ADR Services and are in the process of scheduling mediation for late September.

The parties are actively engaged in conducting discovery but will be unable to complete discovery before the deadlines currently set by the Court.  The parties agree to extend the discovery cutoff for fact discovery for any discovery properly served and with a response that would currently be due on or before July 30, 2026, the dispositive motion filing deadline, and the trial date to facilitate discovery and mediation. By this stipulation, the parties agree that no further written discovery will be exchanged and no additional fact witness depositions will be noticed, aside from the re-noticing of fact witness depositions that have already been noticed. The parties agree that a fact witness deposition that is noticed by one party will be deemed noticed by all other parties.

Accordingly, the parties request extending the remaining deadlines as outlined below:

Amended Joint Stipulation and Order to Continue Trial and Modify Pretrial Scheduling Order

Case No. 2:24-CV-01099-WBS-CKD

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

///

## DATES TO BE MODIFIED

1. The fact and expert Discovery Cutoff is extended from **July 30, 2026, to September 30, 2026**, subject to the limitations identified in the Stipulation.

2. Dispositive Motions filing deadline is extended from **October 16, 2026, to December 16, 2026**.

3. Final Pretrial Conference set for **December 14, 2026 at 1:30 pm** is continued to **March 22, 2027 at 1:30 pm.**

4. Jury Trial set for **February 23, 2027 at 9:00 am** is continued to **May 25, 2027 at 9:00 am.**

IT IS SO STIPULATED AND AGREED.

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

DATED: July 7. 2026          By: _____
NICOLE M. JAFEE
TRACI L. CARRILLO
NICKOLAS M. RINEBERG
Attorneys for Plaintiffs
JENNIFER BUCKLEY-SIMI
through her successor in interest
Alexandar Simi; ALEXANDAR
SIMI, individually; ZACHARY SIMI,
individually; JORDAN SIMI,
individually

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

4

Amended Joint Stipulation and Order to Continue Trial and
Modify Pretrial Scheduling Order

Case No. 2:24-CV-01099-WBS-CKD

CASTILLO, MORIARTY & ROBINSON LLP

DATED:   July 7, 2026

By:    _/s/ Alexei N. Offill-Klein_
VINCENT CASTILLO
ALEXEI N. OFFILL-KLEIN
Attorneys for Defendants
NATIONAL RAILROAD
PASSENGER CORPORATION dba
AMTRAK and UNION PACIFIC
RAILROAD COMPANY


GIBBONS & CONLEY

DATED:   July  7,   2026

By:   _/s/ Peter A. Urhausen_
PETER A. URHAUSEN
SEAN CONLEY
Attorneys for Defendant
CITY OF FAIRFIELD


It is so Ordered.

Dated:  July 8, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Amended Joint Stipulation and Order to Continue Trial and Modify Pretrial Scheduling Order

Case No. 2:24-CV-01099-WBS-CKD